# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

ALEX RUDAJ, NIKOLA DEDAJ, NARDINO COLOTTI, PRENKA IVEZAJ, and ANGELO DIPIETRO,

                     Petitioners,

    -against-

UNITED STATES OF AMERICA

                     Respondent.

-------------------------------------------------------------X

```
04cr1110 (DLC)
11cv1782 (DLC)
11cv1510 (DLC)
11cv1402 (DLC)
11cv1556 (DLC)
20cv4889 (DLC)
```

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 29, 2021, The October 19, 2021 petition for § 2255 relief is denied. But since the issues raised by Petitioners are those "that reasonable jurists could debate," Miller-El v. Cockrell, 537 U.S. 322, 336 (2003), a certificate of appealability is granted; accordingly, this case is closed.

**DATED:** New York, New York
              March 30, 2021

                                                  **RUBY J. KRAJICK**
                                                  **Clerk of Court**

                           **BY:**      _[signature]_
                                                   **Deputy Clerk**